IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WAYNE JOHNSON, JR., | No. C 14-0586 LHK (PR) |
| Petitioner, | JUDGMENT |
| v. | |
| CDCR, | |
| Respondent. | |

The court has dismissed this action without prejudice. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 4/5/14

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\LHK\HC.14\Johnson586jud.wpd